UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| CHRISTY RICHARDSON, <br> PLAINTIFF | } <br> } | Case No.  3:17-cv-00005 |
| v. | } | |
| CHOICE LOAN OF GEORGIA, INC. <br> DEFENDANT | } <br> } | |
| _____/ | | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff Christy Richardson, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regards to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the court.

Respectfully submitted this 21st day of February, 2017,

By Plaintiff's attorney: /s/ Nicholas Michael Murado

Nicholas Michael Murado

Florida Bar # 102769

Murado Law, P.A.

2010 S.W. 99th Avenue

Miramar, Florida, 33025

Telephone: 754-816-2196

E-mail: muradolaw@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been electronically filed via CM/ECF and sent to all interested parties.