UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| CHRISTY RICHARDSON, | } | Case No.  3:17-cv-00005 |
| PLAINTIFF | } | |
| | } | |
| v. | } | |
| | } | |
| CHOICE LOAN OF GEORGIA, INC. | } | |
| DEFENDANT | } | |

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Christy Richardson, by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice and states in support thereof the following:

1. The parties have reached a settlement with regards to this case.

2. As such, Plaintiff voluntarily dismisses this case with prejudice.

3. Each party is to bear its own attorney's fees and costs.

Respectfully submitted this 16th day of April, 2017,

By Plaintiff's attorney: /s/ Nicholas Michael Murado

Nicholas Michael Murado

Florida Bar # 102769

Murado Law, P.A.

2010 S.W. 99th Avenue

Miramar, Florida, 33025

Telephone: 754-816-2196

E-mail: muradolaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed via CM/ECF and sent to all interested parties.