**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHRISTY RICHARDSON

    VS                                                                                     CASE NO.  3:17-cv-00005-MCR-EMT

CHOICE LOAN OF GEORGIA INC

**CLERK'S DISMISSAL**

Upon Voluntary Dismissal filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice.

                                                    Jessica J. Lyublanovits
                                                    Clerk of Court

                                                    s/Monica Broussard
 April 17, 2017                      Deputy Clerk
DATE